IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
JOHN V WHITFIELD )
) CASE NO. 08-32835-DHW-13
Debtor(s). )

CONSENT ORDER CONDITIONALLY DENYING MOTION FOR RELIEF
FROM AUTOMATIC STAY

Upon consideration of the stipulation of the parties to a modification of the automatic stay, it is ORDERED that the Motion for Relief filed by TRI-RIVERS FEDERAL CREDIT UNION regarding a 1999 NISSAN ALTIMA is conditionally denied with the following proviso:

ORDERED The creditor is granted leave to file an out of time claim for the pre and post-petition arrears on TRI-RIVERS FEDERAL CREDIT UNION installment payments for loan number xxx-530. Said claim shall include all past due amounts through FEBRUARY 10, 2010, along with accrued fees and costs of the attorney for the creditor in the amount of $375.00, all amounting to $1177.11. Interest shall accrue on that amended claim at 4.25 percent. This new claim shall be given a specified monthly payment of $29.00. The debtor authorizes the trustee to modify the plan to implement such modification.

FURTHER ORDERED that beginning with the payment due for loan number xxx-530 MARCH 10, 2010, that the stay will terminate without further order of the court if the debtor defaults in payments and the debtor does not cure the default within 20 days from the date the creditor files a certificate of default with the court. The certificate shall be served on the debtor and the attorney for the debtor and shall contain notice that the stay will terminate pursuant to this order, without further hearing, if the debtor fails to cure the default within 20 days from the filing date of the certificate.

ORDERED The creditor is granted leave to file an out of time claim for the pre and post-petition arrears on TRI-RIVERS FEDERAL CREDIT UNION installment payments for loan number xxx-560. Said claim shall include all past due amounts through FEBRUARY 6, 2010 in the amount of $812.19. Interest shall accrue on that amended claim at 4.25 percent. This new claim shall be given a specified monthly payment of $20.00. The debtor authorizes the trustee to modify the plan to implement such modification.

FURTHER ORDERED that beginning with the payment due for loan number xxx-560 MARCH 6, 2010, that the stay will terminate without further order of the court if the debtor defaults in payments and the debtor does not cure the default within 20 days from the date the creditor files a certificate of default with the court. The certificate shall be served on the debtor and the attorney for the debtor and shall contain notice that the stay will terminate pursuant to this order, without further hearing, if the debtor fails to cure the default within 20 days from the filing date of the certificate.

The debtor payments to the chapter 13 trustee are set at $264.00 per month to implement the foregoing modifications and maintain feasibility of the plan.

Dated: February 23, 2010

/s/ Dwight H. Williams, Jr.
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO BY THE PARTIES IN OPEN COURT AND APPROVED BY THE TRUSTEE:

/s/ Sabrina L. McKinney (for the)
Chapter 13 Trustee

CC: LEONARD MATH
   Richard Shinbaum
   DEBTOR

2